No. 71–963. BBF Liquidating, Inc. v. United States. C. A. 9th Cir. Certiorari denied.

No. 71–969. Century Arms, Inc. v. Connally, Secretary of the Treasury. C. A. 2d Cir. Certiorari denied.

No. 71–972. Cochran v. Costill et al. Sup. Ct. Ohio. Certiorari denied.

No. 71–998. Penosi v. United States. C. A. 5th Cir. Certiorari denied.

No. 71–1006. Virginia National Bank v. United States. C. A. 4th Cir. Certiorari denied.

No. 71–1007. Regency Realty et al. v. Commissioner of Internal Revenue. C. A. 4th Cir. Certiorari denied.

No. 71–1025. Henry County Beverage Co., Inc. v. Secretary of the Treasury. C. A. 7th Cir. Certiorari denied:

No. 71–1032. A. W. Thompson, Inc. v. National Labor Relations Board et al. C. A. 5th Cir. Certiorari denied.

No. 71–1036. Lecci v. Leonard et al. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 71–1062. Procter & Gamble Co. v. Purex Corp., Ltd. C. A. 9th Cir. Certiorari denied.

No. 71–1073. Trap Rock Industries, Inc. v. Kohl, Commissioner of Transportation, et al. Sup. Ct. N. J. Certiorari denied.